IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00202-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DHRUV JANI,
2. JAMES ALBERT WITTE, and
3. JASON LEE HENDERSON,

    Defendants.

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**Money Laundering Conspiracy**
**(18 U.S.C. 1956(h) and**
**1956(a)(1)(B)(i))**

1. From in or about January 2020, and continuing thereafter until in or about April 2021, in the State and District of Colorado and elsewhere,

**DHRUV JANI, JAMES ALBERT WITTE,** and **JASON LEE HENDERSON**

did knowingly combine, conspire and agree with each other and with other persons unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Section 1341, and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and also knowing,

while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**I.     Manner and Means of the Conspiracy**

2. Acting interdependently, **DHRUV JANI, JAMES ALBERT WITTE,** and **JASON LEE HENDERSON** and others unknown to the grand jury (the conspirators) carried out the conspiracy using the following manner and means:

    a.     It was part of the conspiracy that the conspirators engaged in a scheme to defraud whereby victims in the United States were contacted by telephone and coerced into believing they were under investigation by "Agents" of federal law enforcement agencies.

    b.     It was further part of the conspiracy that the conspirators told these victims that their identities had been connected to a criminal incident, their imminent arrest and or deportation from the United States had been ordered by law enforcement, and that the only way to avoid arrest and or deportation was to pay the "Government" large sums of money, as instructed.

    c.     It was further part of the conspiracy that these victims were instructed to go to their banks and engage in financial transactions, to wit, the withdrawal of cash from their account(s) and ship the cash to an alleged government official via Federal Express (FedEx) or the United Parcel Service (UPS), both interstate commercial carriers.

    d.     It was further part of the conspiracy that as a result of these materially false and fraudulent pretenses, representations, and promises, these victims

mailed the packages of cash as directed to addresses within the State and District of Colorado.

      e.      It was further part of the conspiracy that **WITTE** and **HENDERSON**, using false identification cards provided to them by **JANI**, picked up the packages of cash mailed by the victims to various addresses in Colorado and provided this cash to **JANI**, thereby concealing the control of the proceeds of this specified unlawful activity through the use of the false identification cards.

      f.      Specifically, as part of the scheme, on June 3, 2020, Victim G.M. of Pennsylvania mailed, as directed by a conspirator, $10,000 to an individual named "Dennis Lake" at 111 East Platte Avenue, Fort Morgan CO.  This is the address of a Walgreen's store.  The package was sent via FedEx and arrived the next day, June 4, 2020.  On that day, video at this Walgreen's store captured **JANI** and **WITTE** in the store together.  **WITTE** picked up the package using a false identification card in the name of "Dennis Lake," and while in the store, used **JANI's** debit card to make a purchase.

      g.      Also as part of the scheme, on July 1, 2020, Victim D.Z. of California mailed, as directed by a conspirator, $230,000 to an individual named "Christine Minor" at 10501 E. Colfax, Aurora CO.  This is the address of a Walgreen's store.  Video on **WITTE's** phone showed **JANI** and **WITTE** opening the box the next day and counting the cash in a hotel room in Denver.  When the counting is complete **JANI** said, "$230,000 complete."

      h.      Also as part of the scheme, on July 21, 2020, Victim R.C. of Rhode Island mailed, as directed by a conspirator, $13,000 to an individual named "Andrew Pwesei" at 2281 East Arapahoe Road, Littleton CO.  This is the address of a

Walgreen's store. The package was sent via FedEx and arrived the next day, July 22, 2020. On that day, video at this Walgreen's store captured **JANI** and **WITTE** arriving at the store together in the same vehicle. **WITTE** went into the store and picked up the package from R.C. using a false identification card in the name of "Andrew Pwesei," and left the store in the same vehicle with **JANI**.

      i.     Also as part of the scheme, on August 19, 2020, Victim S.M. from Florida mailed, as directed by a conspirator, $10,500 to an individual named "John Robinson" at 2600 11th Avenue, Greeley. This is the address of a Walgreen's store. The package was sent via FedEx and arrived the next day, August 20, 2020. **JANI** and **HENDERSON** were in text communication on August 19, 2020, during which **JANI** told **HENDERSON** "Two packets are confirmed for tomorrow." On August 20, 2020, an individual using a false identification card in the name of "John Robinson" picked up S.M.'s package.

      j.     Also as part of the scheme, on September 11, 2020, two victims mailed, as directed by a conspirator, funds to an individual named "Mark Payton" at 111 East Platte Avenue, Fort Morgan CO. This is the address of a Walgreen's store. Both packages were sent via FedEx and arrived at the Walgreen's store on September 14, 2020. The first victim, N.P. of Illinois mailed $26,900 as directed and the second victim, S.H. of New York mailed $41,000 as directed. The morning of September 14, 2020, **JANI** and **HENDERSON** were in text communication about **JANI** picking up **HENDERSON**. A few hours later, **HENDERSON** is captured on the Walgreen's store video picking up both packages using a false identification card in the name of "Mark Payton."

k.  It was further part of the conspiracy that **JANI** paid **WITTE** and **HENDERSON** a portion of the fraud proceeds for each package they retrieved to encourage **WITTE** and **HENDERSON** to continue picking up additional packages of cash.

l.  It was further part of the conspiracy that **JANI** instructed **WITTE** to purchase money orders in Colorado using cash proceeds of the mail fraud scheme and deposit these money orders into U.S. bank accounts, in order to conceal the nature, source, location, ownership, and control of the proceeds of the specified unlawful activity.

m.  Specifically, as part of the scheme, on July 22, 2020, the day **WITTE** picked up the $13,000 in cash mailed by Victim R.C. of Rhode Island using the false identification card of "Andrew Pwesei" in Littleton, CO as alleged in Paragraph h. above, **WITTE,** using his own identification card, purchased five $1,000 money orders at a Walmart in Centennial, CO.  Approximately 25 minutes later, an individual using a false identification card in the name of "Andrew Pwesei," purchased five more $1,000 money orders at a Walmart in Aurora, CO. The next day, on July 23, 2020, all ten money orders, for a total of $10,000, were deposited into a bank account in the name of an individual with the initials S.K. who lives in New Jersey.  All ten money orders were signed with **WITTE's** name even those money orders purchased using the false name of "Andrew Pwesei."

n.  Also as part of the scheme, on August 27, 2020, **JANI** and **HENDERSON** were in text communication indicating that **JANI** had picked up **HENDERSON** and taken him to a store where **HENDERSON** texted he was in a long line.  Soon after, an individual purchased money orders from three separate 7-11 stores

5

in the total amounts of $2,000, $2,500, and $2,000.  After the purchase of these money orders, **JANI** texted to **HENDERSON** the bank account and routing numbers for a bank account in the name of an individual with the initials of S.S. who lives in Michigan. Approximately 30 minutes later, an individual deposited $5,500 into S.S.'s bank account which consisted primarily of the money orders purchased at the 7-11 stores.

       o.     It was further part of the conspiracy that after **JANI** fled to India, he instructed Victim R.S.  whose identity is known to the Grand Jury, about where to find cash that he had hidden in a house he shared with Victim R.S. while in Colorado.  On multiple occasions between approximately December 8, 2020, and April 28, 2021, **JANI** directed Victim R.S. to deposit a total of approximately $20,000 of the cash proceeds from the scheme described above into an account held jointly by Victim R.S. and **JANI. JANI** then used money transfer services to move the majority of this money from the joint account into accounts in his name to which he had access, in order to conceal the nature, source, location, ownership, and control of the proceeds of the specified unlawful activity.

3.  Through this conspiracy, Defendants **DHRUV JANI, JAMES ALBERT WITTE,** and **JASON LEE HENDERSON** conspired to launder approximately $1.5 million in mail fraud proceeds obtained from approximately 50 victims.

All in violation of Title 18, United States Code, Section 1956(h) and 1956(a)(1)(B)(i).

**COUNT 2**
**DHRUV JANI**
**JAMES ALBERT WITTE**
**Money Laundering**
**18 U.S.C. §§ 1956(a)(1)(B)(i) and 2**

4.  Paragraphs 2.a-e of this Superseding Indictment are incorporated fully herein by

this reference.

5. On or about June 4, 2020, **DHRUV JANI** and **JAMES ALBERT WITTE** did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, and did aid and abet the same, which transaction involved the proceeds of specified unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and also knowing, while conducting and attempting to conduct such financial transaction, that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

6. Specifically, as part of the scheme alleged above, on June 4, 2020, **JANI** and **WITTE** went to a Walmart store together to pick up $10,000 in cash mailed by Victim G.M. of Pennsylvania to a "Dennis Lake." **WITTE** picked up G.M.'s package using a false identification card in the name of "Dennis Lake," thereby concealing the control of the proceeds of this specified unlawful activity through the use of the false identification card.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (2).

**COUNT 3**
**DHRUV JANI**
**JAMES ALBERT WITTE**
**Money Laundering**
**18 U.S.C. §§ 1956(a)(1)(B)(i) and 2**

7. Paragraphs 2.a-e of this Superseding Indictment are incorporated fully herein by this reference.

8. On or about July 2, 2020, **DHRUV JANI** and **JAMES ALBERT WITTE** did

7

knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, and did aid and abet the same, which transaction involved the proceeds of specified unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and also knowing, while conducting and attempting to conduct such financial transaction, that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

9. Specifically, as part of the scheme alleged above, on July 2, 2020, **JANI** and **WITTE** were in possession of the $230,000 in cash mailed by Victim D.Z. of California to "Christine Minor." This package was picked up by a conspirator using a false identification card in the name of "Christine Minor," thereby concealing the control of the proceeds of this specified unlawful activity through the use of the false identification card.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (2).

**COUNT 4**
**DHRUV JANI**
**JAMES ALBERT WITTE**
**Money Laundering**
**18 U.S.C. §§ 1956(a)(1)(B)(i) and 2**

10. Paragraphs 2.a-e of this Superseding Indictment are incorporated fully herein by this reference.

11. On July 22, 2020, **DHRUV JANI** and **JAMES ALBERT WITTE** did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, and did aid and abet the same, which transaction involved the proceeds of specified

unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and also knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

12. Specifically, as part of the scheme alleged above, on July 22, 2020, **DHRUV JANI** and **JAMES ALBERT WITTE** went to a Walgreen's store together to pick up $13,000 in cash mailed by Victim R.C. of Rhode Island to an "Andrew Pwesei." **WITTE** picked up R.C.'s package using a false identification card in the name of "Andrew Pwesei," thereby concealing the control of the proceeds of this specified unlawful activity through the use of the false identification card.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (2).

<u>**COUNT 5**</u>
**DHRUV JANI**
**JAMES ALBERT WITTE**
**Money Laundering**
**18 U.S.C. §§ 1956(a)(1)(B)(i) and 2**

13. Paragraphs 2.a-e and l of this Superseding Indictment are incorporated fully herein by this reference.

14. On July 22, 2020, **DHRUV JANI** and **JAMES ALBERT WITTE** did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, and did aid and abet the same, which transaction involved the proceeds of specified unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the transaction was designed in whole or in part to conceal and

disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and also knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

15. Specifically, as part of the scheme alleged above, on July 22, 2020, soon after **WITTE**, accompanied by **JANI,** picked up $13,000 in cash mailed by Victim R.C. of Rhode Island using the false identification card "Andrew Pwesei," **WITTE**, using his own identification card, purchased five $1,000 money orders at a Walmart in Centennial, CO. Approximately 25 minutes later, an individual using a false identification card in the name of "Andrew Pwesei," purchased five more $1,000 money orders at a Walmart in Aurora, CO. The next day, on July 23, 2020, all ten money orders, for a total of $10,000, were deposited into a bank account in the name of an individual with the initials S.K. who lives in New Jersey.  All ten money orders were signed with **WITTE's** name even those money orders purchased using the false name "Andrew Pwesei," thereby concealing the control of the proceeds of this specified unlawful activity through the use of the false identification card and the third-party bank account.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (2).

### COUNT 6
### DHRUV JANI
### JASON LEE HENDERSON
### Money Laundering
### 18  U.S.C. §§ 1956(a)(1)(B)(i) and 2

16. Paragraphs 2.a-e of this Superseding Indictment are incorporated fully herein by this reference.

17. On September 14, 2020, **DHRUV JANI** and **JASON LEE HENDERSON** did

knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, and did aid and abet the same, which transaction involved the proceeds of specified unlawful activity, that is, mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and also knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

18.  Specifically, as part of the scheme alleged above, on September 14, 2020, **HENDERSON**, accompanied by **JANI**, used a false identification card in the name of "Mark Payton" to pick up $26,900 mailed by Victim N.P. of Illinois and $41,000 mailed by Victim S.H. of New York, thereby concealing the control of the proceeds of this specified unlawful activity through the use of the false identification card.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (2).

**COUNT 7**
**DHRUV JANI**
**Interstate Transmission of a Threatening Communication**
**18 U.S.C. § 875(c)**

19.  On or about March 13, 2022, in the State and District of Colorado, **DHRUV JANI** did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, in a recorded telephone call when Victim R.S. was in the State and District of Colorado and **DHRUV JANI** was outside of the United States, **DHRUV JANI** threatened to kill Victim R.S.  with his "own hands."

All in violation of Title 18, United States Code, Section 875(c).

## **FORFEITURE**

20. Upon conviction of the violations alleged in Counts 1-6 of this Superseding Indictment, in violation of Title 18, United States Code, Sections 1956(h) and (a)(1)(B)(i), Defendants **DHRUV JANI (Counts 1-6)**, **JAMES ALBERT WITTE (Counts 1-5), and JASON LEE HENDERSON (Counts 1 and 6),** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all of his right, title, and interest in all property involved in the offense and any property traceable to such property, including, but not limited to:

- The entry of a money judgment in the amount of value of the property involved in the offense.

21. If any of the property described in paragraph 20 above, as a result of any act or omission of the defendants**:**

    a)     cannot be located upon the exercise of due diligence;

    b)     has been transferred or sold to, or deposited with, a third party;

    c)     has been placed beyond the jurisdiction of the Court;

    d)     has been substantially diminished in value; or

    e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), incorporating Title 21,

United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

                                              A TRUE BILL

                                              <u>Ink signature on file in Clerk's Office</u>
                                              Foreperson

COLE FINEGAN
UNITED STATES ATTORNEY

<u>s/Martha A. Paluch</u>
MARTHA A. PALUCH
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Attorney for the Government