INFORMATION SHEET

DEFENDANT: JAMES ALBERT WITTE

YEAR OF BIRTH: 1953

ADDRESS: Wray, Colorado

COMPLAINT FILED?  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES  __X__ NO

OFFENSES:    Count 1: 18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)

    Counts 2-5: 18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering (Concealment)

LOCATION OF OFFENSE: Logan County, Colorado

PENALTY:    Count 1: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

    Counts 2-5: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

AGENT:    Gary Dickens, Special Agent
Social Security Administration, Office of Inspector General

    Sonia Hacker, Special Agent
United States Postal Inspection Service, Office of Inspector General

AUTHORIZED BY:    Martha A. Paluch
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__  five days or less

_____ over five days

_____ other

THE GOVERNMENT **will not** seek detention in this case.

OCDETF case: NO