IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-202-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**3. JASON LEE HENDERSON,**

Defendant.

---

## NOTICE OF ATTORNEY APPEARANCE

---

Martin Stuart give notice of his appearance as counsel of record on behalf of the defendant.

Respectfully submitted,

Dated: July 27, 2022

                By: s/Martin Stuart
                   MARTIN STUART, *counsel for*
                   *Jason Henderson*
                   McDermott Stuart & Ward, LLP
                   140 E. 19th Ave., Suite 300
                   Denver, CO 80203
                   Phone 303-832-8888
                   mstuart@mswdenver.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this 22nd day of July 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Martin Stuart
Martin Stuart