**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  22-cr-00202-RM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    3.  JASON LEE HENDERSON,

    Defendants.

---

**MOTION FOR EXPEDITED RULING TO MODIFY CONDITIONS OF RELEASE**

---

Defendant Jason Lee Henderson was arrested on July 25, 2022, and was presented to the Honorable Magistrate Judge S. Kato Crews the following day, July 26, 2022, for his initial appearance, detention hearing, arraignment, and discovery conference.

With respect to the issue of detention, Magistrate Judge Crews was apprised of the fact that the United States Marshals Service would not take custody of the defendant without medical clearance due to the fact the defendant presented with pins in his back, is under a doctor's care, and taking prescription medication.  Magistrate Judge Crews, undersigned counsel, defense counsel, and probation had a lengthy discussion about options available for this defendant, given his lengthy criminal history and the fact he had outstanding warrants.  Defense counsel stated the defendant could return to his home in Lake George, Colorado, and would stay there for two weeks until he moved to Castle Rock, Colorado, where he would be house sitting for a friend.  It was agreed that the defendant would be released on conditions to include electronic

monitoring while in Lake George, if possible, and if that service was unavailable in this mountain community, the electronic monitoring would commence upon the defendant's arrival in Castle Rock.

Supervisory U.S. Probation Officer Laura Ansart informed undersigned counsel today that in fact there were cell reception issues in Lake George and that electronic monitoring was not possible.  In addition, the defendant reported to probation that he now has to be out of his Lake George residence by tomorrow (Thursday, July 28, 2022) and that his Castle Rock living arrangement fell through.  Counsel for the defendant reports that the defendant can no longer house sit in Castle Rock due to the fact there are firearms located in that residence.

The defendant has proposed that he be allowed to stay with a family friend, Vicki F. Rose, who resides in Haxtun, CO.

Neither the Probation Office nor the government are comfortable with this plan. Haxtun is a rural area east of Sterling, Colorado, and Probation suspects there will be cell signal issues there as well making GPS tracking difficult if not impossible.  In addition, the defendant has a pending domestic violence case (strangulation) in that area and it appears the victim in that case could reside in that area as well.

The parties discussed in court yesterday the fact the defendant had two outstanding misdemeanor warrants out of Yuma, CO.  Yuma has since indicated they do not intend to extradite the defendant; however, it is unclear whether the charging district in the felony domestic violence matter intends to extradite the defendant.

Officer Ansart has confirmed that ComCor Residential Reentry Center in Colorado Springs has space and will accept the defendant.  Given that the defendant needs to be out of his current residence by tomorrow, the government and Probation

are seeking an expedited ruling to allow for the defendant's placement in this facility by tomorrow.

Undersigned counsel has conferred with the defendant's counsel Martin Stuart, Esq. Mr. Stuart advises that the defendant opposes halfway house placement and is requesting that he be allowed to stay with his family friend in Haxtun, CO.

For the reasons articulated in this motion as well as during the July 26, 2022 hearing, the government respectfully requests that this Court modify the conditions of the defendant's release and order that he be placed at the ComCor facility in Colorado Springs, Colorado commencing tomorrow, Thursday, July 28, 2022.

Respectfully submitted this 27th day of July, 2022.

                COLE FINEGAN
                UNITED STATES ATTORNEY

                *s/Martha A. Paluch*
                MARTHA A. PALUCH
                Assistant U.S. Attorney
                1801 California Street, Suite 1600
                Denver, CO  80202
                (303) 454-0100
                Martha.paluch@usdoj.gov
                Attorney for the Government

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 27th day of July, 2022, I electronically filed this document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                s/Stephanie Price
                Stephanie Price
                Legal Assistant
                U.S. Attorney's Office