AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 AUG -2 PM 12: 34
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) |
| v. | ) |
| JASON LEE HENDERSON, | ) Case No. 22-cr-00202-RM |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JASON LEE HENDERSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. 1956(h), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Concealment)
Count 6: 18 U.S.C. 1956(a)(1)(B)(i) Money Laundering (Concealment)

Date: 07/20/2022

s/ S. Dunbar
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/21/22, and the person was arrested on *(date)* 7/25/22
at *(city and state)* Divide, Colorado

Date: 7/25/22

*Arresting officer's signature*

Sima Hadkee, Postal Inspector
*Printed name and title*