# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-202-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**3. JASON LEE HENDERSON,**

Defendant.

---

## DEFENDANT HENDERSON'S NOTICE OF NO OBJECTION TO CO-DEFENDANT WITTE'S MOTION FOR AN ENDS OF JUSTICE CONTINUANCE (DOC. 51)

---

Jason Henderson, by and through Martin Stuart of McDermott Stuart & Ward LLP, gives notice that he does not oppose co-defendant Witte's motion seeking a continuance of his jury trial and associated deadlines and adding 120 days to his speedy trial calculation.

**AS GROUNDS:**

1.      After consultation with counsel, Mr. Henderson agrees with the basis for the ends of justice continuance as set forth in co-defendant Witte's motion (doc. 51) and in co-defendant Jani's notice of non-opposition (doc 54) to the same.

Respectfully submitted,

Dated: August 18, 2022

By: s/Martin Stuart

MARTIN STUART, *counsel for*
*Jason Henderson*
McDermott Stuart & Ward, LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Phone 303-832-8888
mstuart@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Martin Stuart
Martin Stuart