IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: n/a | Date: November 4, 2022<br>Interpreter: n/a |

**CASE NO. 22-cr-00202-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1. DHRUV JANI,<br>3. JASON LEE HENDERSON, | David Johnson<br>Martin Stuart |
| Defendants. | |

### COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**     9:03 a.m.

Appearances of counsel.   Defendants are not present; presence waived.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case.

Mr. Stuart states that he anticipates filing a Notice of Disposition next week.   Mr. Johnson states that he anticipates filing an ends-of-justice motion.

**COURT IN RECESS:**     9:11 a.m.
**Total in court time:**     00:08
**Hearing concluded.**