IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-202-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**3. JASON LEE HENDERSON,**

Defendant.

## NOTICE OF DISPOSITION

Jason Henderson, by and through Martin Stuart of McDermott Stuart & Ward LLP, gives notice to the Court that the parties have reached a proposed disposition and request the Court vacate his January 20, 2023, jury trial and related proceedings and deadlines.

Respectfully submitted,

Dated: November 10, 2022

By: s/Martin Stuart
MARTIN STUART, *counsel for Jason Henderson*
McDermott Stuart & Ward, LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Phone 303-832-8888
mstuart@mswdenver.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Martin Stuart
Martin Stuart