# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 22-cr-00202-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  JASON LEE HENDERSON,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING
---

    Pursuant to the Notice of Disposition filed on November 10, 2022 (ECF No. 68), a Change of Plea Hearing is set for **December 1, 2022** at **1:00 p.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) not later than 72 hours before the change of plea hearing**.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motions/response deadlines; the Trial Preparation Conference scheduled for **January 20, 2023**, and the five-day jury trial scheduled for **January 30, 2023** *as to this Defendant only,* are VACATED.

DATED this 14th day of November, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge