IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-202-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**3. JASON LEE HENDERSON,**

Defendant.

### UNOPPOSED MOTION REQUESTING MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

Jason Henderson, by and through Martin Stuart of McDermott Stuart & Ward LLP, respectfully requests the Court modify his conditions of release.

**AS GROUNDS:**

1. On July 26, 2022, Magistrate Judge Crews issued an order setting conditions of release for Mr. Henderson. (Doc. 27).  Those conditions included home detention and GPS monitoring. (Id.).

2. On July 28, 2022, Magistrate Judge Crews modified the conditions of release to include maintaining a residence at a halfway house in Colorado Springs[1]. (Doc. 43).

3. On November 29, 2022, United States Probation Officer (USPO) Michael Bohlen filed a "release status report" with the Court.  (Doc. 74).  That report stated that

---

[1] The reason for this modification was Mr. Henderson's proposed residence for home detention located in Haxtun, Colorado, was found to have insufficient cellular phone coverage for a GPS monitor to function properly.

for the past four months since his release Mr. Henderson has met all conditions of release. (Id.).

4. Mr. Henderson has informed USPO Bohlen of his intention to request modification of his conditions of release to include moving in with a friend who resides in Pueblo, Colorado. On November 30, 2022, USPO Bohlen informed the parties that a home contact at the proposed residence in Pueblo was conducted and there were "no concerns" and "it appears the residence would work fine with a cell based RF unit of GPS unit…"

5. Mr. Henderson now requests the Court modify his conditions of release as follows:

a) Allow Mr. Henderson to reside with a friend at the USPO inspected home at 406 McCulley Ave., Apt. A, in Pueblo, Colorado;

b) substitute home detention for a curfew requiring Mr. Henderson to be home between 10PM to 6AM; and

c) substituting Radio Frequency for GPS location monitoring[2].

6. Undersigned counsel has conferred with AUSA Paluch who has authorized him to represent that she has no objection to relief requested in the instant motion.

//
//
//
//
//
//
//
//
//
//

---

[2] Mr. Henderson is requesting the switch to RF from GPS location monitoring solely due to the fact that RF monitoring is less costly.

Respectfully submitted,

Dated: November 30, 2022

By: <u>s/Martin Stuart</u>
    MARTIN STUART, *counsel for Jason Henderson*
    McDermott Stuart & Ward, LLP
    140 E. 19th Ave., Suite 300
    Denver, CO 80203
    Phone 303-832-8888
    mstuart@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Martin Stuart
Martin Stuart