IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-202-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**3. JASON LEE HENDERSON,**

Defendant.

## SECOND UNOPPOSED MOTION REQUESTING MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

Jason Henderson, by and through Martin Stuart of McDermott Stuart & Ward LLP, respectfully requests the Court modify his conditions of release.

**AS GROUNDS:**

1. On July 26, 2022, Magistrate Judge Crews issued an order setting conditions of release for Mr. Henderson. (Doc. 27).  Those conditions included home detention and GPS monitoring. (Id.).

2. On July 28, 2022, Magistrate Judge Crews modified the conditions of release to include maintaining a residence at a halfway house in Colorado Springs[1]. (Doc. 43).

3. On December 1, 2022, Magistrate Judge Crews granted an unopposed motion to modify the conditions of Mr. Henderson's release to allow him to reside with a

---

[1] The reason for this modification was Mr. Henderson's proposed residence for home detention located in Haxtun, Colorado, was found to have insufficient cellular phone coverage for a GPS monitor to function properly.

friend in Pueblo, imposing a curfew of 10PM to 6AM, and substituting radio frequency for GPS location monitoring. (Doc. 81).

    4.    On or about December 5, 2022, Mr. Henderson was hospitalized and was later diagnosed with a staph infection.  As of the filing of the instant motion he remains in the hospital.

    5.     On December 14, 2022, US Probation Officer Bohlen reported to the parties that he visited Mr. Henderson in the hospital to reinstall an electronic monitor that the hospital cut off to perform an MRI scan.  Officer Bohlen now believes it is appropriate to remove home detention/electronic monitoring from Mr. Henderson's release conditions.

    6.    Undersigned counsel has conferred with AUSA Paluch who has authorized him to represent that she has no objection to relief requested in the instant motion.

    Respectfully submitted,

Dated:  December 14, 2022

    By: s/Martin Stuart
    MARTIN STUART, *counsel for Jason Henderson*
    McDermott Stuart & Ward, LLP
    140 E. 19th Ave., Suite 300
    Denver, CO 80203
    Phone 303-832-8888
    mstuart@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of December 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Martin Stuart
Martin Stuart