IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00202-RM-3

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.     JASON LEE HENDERSON,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT JASON LEE HENDERSON**
_____

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Jason Lee Henderson*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on July 20, 2022, a Superseding Indictment was filed charging defendant Jason Lee Henderson in Count One, with conspiracy to commit money laundering (concealment) in violation of 18 U.S.C. § 1956(h) and 1956(a)(1)(B)(i); and in Count Six with money laundering (concealment) in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and 2;

THAT the Superseding Indictment also sought forfeiture in the form of a personal money judgment against defendant Jason Lee Henderson, pursuant to 18 U.S.C. §

1

982(a)(1), in the amount of the value of the property involved in the offenses charged in Count One and Six; and

THAT on December 1, 2022, the United States and Jason Lee Henderson entered into a Plea Agreement, which provided that he would plead guilty to Count One. It also contains a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 982(a)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Jason Lee Henderson* is GRANTED;

THAT $399,452.00 is subject to forfeiture as property involved in the commission of Count One, to which defendant Jason Lee Henderson has pleaded guilty;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Jason Lee Henderson in the amount of $399,452.00 shall be entered at sentencing in accordance with 18 U.S.C. § 982(a)(1);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this _____ day of _____ 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge