IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00202-RM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

3.    **JASON LEE HENDERSON,**

    Defendant.

---

### GOVERNMENT'S MOTION TO DISMISS COUNT WITH PREJUDICE

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant Jason Lee Henderson's plea of guilty to Count 1 of the Superseding Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Count 6 of the Superseding Indictment with respect to Defendant Jason Lee Henderson only at the time of sentencing.

    Respectfully submitted,

    *s/ Martha A. Paluch*
    Martha A. Paluch
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO  80202
    (303) 454-0100
    Martha.paluch@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov

2