## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No.  22-cr-00202-RM**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**2.    JASON LEE HENDERSON,**

      **Defendant.**

---

### GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)

---

The United States of America respectfully moves for an additional one-level reduction in defendant Jason Lee Henderson's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines.  Defendant's agreement to plead guilty and

//

//

//

//

timely notice thereof permitted the government to avoid preparing for trial and permitted

both the government and the Court to allocate their resources more efficiently.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Martha.Paluch@usdoj.gov
Attorney for the United States

2

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 2nd, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

/s *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov