IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Michelle Sinaka | Date:  February 23, 2023<br>Interpreter:  n/a |

**CASE NO.   22-cr-00202-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 3.   JASON LEE HENDERSON, | Martin Stuart |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session:   2:57 p.m.**

Appearances of counsel.   Defendant is present and on bond.

Defendant entered his plea on December 1, 2022, to Count 1 of the Superseding Indictment.

Discussion held regarding pending motions and objections.

**ORDERED:**   Government's motion (Doc. 107) is GRANTED.

**ORDERED:**   Government's Motion to Dismiss Counts with Prejudice (Doc. 108) is GRANTED.

**ORDERED:**   Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 109) is GRANTED.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, JASON LEE HENDERSON, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **28 months.**

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** in the amount of **$400,858.07 as stated on the record; interest is waived.   The restitution amount is joint and several with co-defendant Dhruv Jani.**

**ORDERED:** A money judgment shall enter in the amount of **$399,452.**

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Bond is continued.

**ORDERED:** Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

Discussion held regarding the defendant voluntarily surrendering on Monday, February 27, 2023.

**Court in recess:**     4:24 p.m.    Hearing concluded.   Total time:   1:27