IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:22-cr-00202-RM-3

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Jason Lee HENDERSON,

   Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

    The Judgment imposed on February 23, 2023, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated FCI Butner Medium II. Accordingly,

    IT IS ORDERED that Defendant, Jason Lee HENDERSON, shall surrender himself by reporting to the Warden at FCI Butner Medium II, located at Old North Carolina Hwy 75, Butner, NC 27509, on March 31, 2023, by 12 p.m. Travel will be at his own expense.

    DATED at Denver, Colorado, this 20th day of March 2023.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge